IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY BORS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-2866 |
| JOHNSON & JOHNSON, et al | : |

## ORDER

**AND NOW**, this 20th day of September 2016, upon consideration of Defendant Imerys Talc America, Inc. f/k/a Luzenac America, Inc.'s Motion to dismiss for lack of personal jurisdiction or for failure to state a claim as to Counts Seven, Eight, Nine and Ten (ECF Doc. No. 21), Plaintiff's Opposition (ECF Doc. No. 24) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Imerys Talc America, Inc. f/k/a Luzenac America, Inc.'s Motion to dismiss (ECF Doc. No. 21) is **DENIED**.

Defendant Imerys Talc America, Inc. f/k/a Luzenac America, Inc., shall answer the Amended Complaint on or before **October 4, 2016.**

KEARNEY, J.