IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY BORS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-2866 |
| JOHNSON & JOHNSON, et al | : |

## ORDER

**AND NOW**, this 20th day of September 2016, upon consideration of Johnson & Johnson Defendants' Motion to dismiss (ECF Doc. No. 22) the conspiracy and acting in concert claims in the Amended Complaint, finding their arguments challenge the merits of Plaintiffs' stated claims and for reasons in our accompanying Memorandum addressing similar arguments raised by Defendant Imerys, it is **ORDERED** the Defendants' Motion (ECF Doc. No. 22) is **DENIED** and Defendant Johnson & Johnson and its subsidiary Johnson & Johnson Consumer Companies, Inc. shall answer the Amended Complaint on or before **October 4, 2016.**

KEARNEY, J.